# Court of Appeals
# of the State of Georgia

ATLANTA, October 26, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2097.  MONTGOMERY v. THE STATE.**

Raymond Montgomery entered a negotiated guilty plea to aggravated assault, armed robbery, false imprisonment, theft by receiving stolen property and firearms offenses. Montgomery appeals pro se from the summary denial of his pro se motions to correct and modify his sentence. In his pro se notice of appeal, Montgomery requested filing of his plea hearing transcript and any other evidentiary transcripts for inclusion in the record on appeal. No transcripts were made a part of the record in this case, even though Montgomery is incarcerated and may be an indigent defendant who is entitled to a paupered transcript. See *Coleman v. State*, 293 Ga. App. 251, 252 (1) (666 SE2d 620) (2008) (on appeal, indigent defendants are entitled to a free copy of the transcript as a matter of right). In the absence of the plea hearing transcript this Court cannot determine whether the trial court erred in denying Montgomery's motions to correct and modify his sentence. Accordingly, we VACATE the trial court's order and REMAND this case for a determination of whether Montgomery is indigent and entitled to a paupered transcript.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*___ 10/26/2015 ___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*